In the Matter of the Accounting of WILLIAM D. TYNDALL, Appellant, as General Guardian of ESTON E. DEVORE, an Infant.
         JOHN Z. TWICHELL, Respondent.

*Matter of Tyndall*, 117 App. Div. 294, affirmed.
(Argued November 18, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1907, which modified and affirmed as modified a decree of the Sullivan County Surrogate's Court settling the accounts of William D. Tyndall, as general guardian of Eston E. Devore, an infant.

*George Zabriskie* and *Walter K. Barton* for appellant.

*William E. Carnochan* for respondent.

Order affirmed, with costs, with leave to appellant to apply to the Surrogate's Court for a further extension of time in which to have appellant's compensation determined by the United States Circuit Court; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.